# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2012

144757

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHIGAN BASIC PROPERTY INSURANCE
ASSOCIATION,
        Plaintiff-Appellant,

v

JOYCE WASHINGTON, CLEVELAND
POWELL, COUNTRYWIDE HOME LOANS,
DIMONTI & ASSOCIATES, and SAN DIEGO
NATIONAL BANK,
        Defendants,

and

FIFTH THIRD BANK,
        Defendant/Third-Party-Plaintiff,

v

NATIONAL CITY BANK, a/k/a PNC BANK NA,
        Defendant/Third-Party-Defendant-
        Appellee.

SC: 144757
COA: 299597
Wayne CC: 08-107295-CK

_____/

      On order of the Court, the application for leave to appeal the January 24, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

s0618

Clerk